USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CINDY GARCIA,

                Plaintiff,

-against-

MARC TETRO, INC., AND MARC TETRO,
                Defendants.
-----------------------------------------------------------X

18 **CIVIL** 10391 (VEC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 2, 2020, Defendants' motion for summary judgment is GRANTED as to Plaintiff's Title VII claim (Count I of the Complaint). The remaining claims are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3); accordingly, the case is closed.

**Dated:** New York, New York
        March 2, 2020

                                          **RUBY J. KRAJICK**
                                                 Clerk of Court

**BY:** _____
                                                    **Deputy Clerk**